UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS E. PEREZ, Secretary of
Labor, United States Department
of Labor,

        Plaintiff,

v.                                                        CASE No. 8:14-CV-2487-T-33TGW

LA BELLA VIDA ALF, INC., et al.,

        Defendants.
_____

## REPORT AND RECOMMENDATION

THIS CAUSE came on for consideration upon the Motion for Preliminary Injunction (Doc. 30), which was referred to me for a Report and Recommendation (Doc. 33). A special proceeding to advise the former employees of their rights was held before me on July 28, 2015. Three former employees attended the hearing. Thereafter, notices were mailed from the court to the 17 employees who were not able to attend the hearing.

For the reasons stated in my prior Report and Recommendation (Doc. 41), I recommend that the Motion for Preliminary Injunction (Doc. 30) be denied.

        Respectfully submitted,

        THOMAS G. WILSON
        UNITED STATES MAGISTRATE JUDGE

DATED: AUGUST 7, 2015

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. 636(b)(1).