UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS E PEREZ, Secretary of
Labor, United States Department
of Labor,

    Plaintiff,

v.                               Case No. 8:14-cv-2487-T-33TGW

LA BELLA VIDA ALF, INC. et al.,

    Defendants.
_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Thomas G. Wilson's Report and Recommendation (Doc. # 49), entered on August 7, 2015, recommending that the Motion for Preliminary Injunction (Doc. # 30) be denied. As of this date, there are no objections to the Report and Recommendation, and the time for the parties to file such objections has elapsed.

**I.  Background**

Thomas E. Perez, Secretary of Labor, United States Department of Labor, (the Secretary) filed a Motion for Temporary Restraining Order, which sought both a temporary restraining order and a preliminary injunction barring La Bella Vida ALF, Inc., Mavel Infante, and their agents from "continuing to violate Section 15(a)(5) and 15(a)(3) of the Fair Labor Standards Act of 1938, as

1

amended, 29 U.S.C. § 215(a)(5) and § 215(a)(3)." (Doc. # 30 at 1). This Court entered an Order granting the Secretary's Motion for Temporary Restraining Order (Doc. # 33); the temporary restraining Order subsequently expired on July 17, 2015 (Doc. # 43).

This Court also referred the issue of whether to issue a preliminary injunction to Judge Wilson. (Doc. # 33). After conducting a hearing, Judge Wilson entered a prior Report and Recommendation noting he is "not persuaded that a preliminary injunction is necessary in this case" because "the [D]efendants' facility is closed and the relevant employees are no longer employed by [D]efendants." (Doc. # 41 at 1). As such, Judge Wilson recommended the Motion for Preliminary Injunction be deferred pending a special proceeding. (Id. at 2). This Court adopted Judge Wilson's Report and Recommendation, and deferred ruling on the Motion for Preliminary Injunction pending the special proceeding. (Doc. # 44).

The special proceeding was held on July 28, 2015, and Judge Wilson entered a second Report and Recommendation in which he recommends the Motion for Preliminary Injunction be denied "[f]or the reasons stated in my prior Report and Recommendation." (Doc. # 49 at 1). Thus, Judge Wilson recommends the Motion for Preliminary Injunction be denied because the Defendants' facility is closed and the relevant employees are no longer employed by Defendants. (Id. (citing (Doc. # 41)).

2

## II.  Discussion

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge and the recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 49) is **ACCEPTED** and **ADOPTED.**

(2)   The Motion for Preliminary Injunction (Doc. # 30) is **DENIED**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>1st</u> day of September, 2015.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record.